NOVEMBER 1, 1950

No. 7901.

*Fisher Scientific Co.* v. *United States.* Entered at Pittsburgh, Pa. Reap. Dec. 7878. Motion by defendant.